United States District Court
Southern District of Texas
**ENTERED**
February 09, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **PETE EDWIN MARTINEZ** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:23-CV-00298 |
| | § | |
| **EDDIE GUERRA, CORPORAL MORA** | § | |
| **ADAN GUERRERO, BRYAN POWERS** | § | |
| **and OFFICER PONCE,** | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the January 11, 2024 Report and Recommendation ("R&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 4). Magistrate Judge Medrano made findings and conclusions and recommended that Plaintiff's application to proceed *in forma pauperis*, (Dkt. No. 2), be denied as moot and that this civil action be dismissed without prejudice for failure to prosecute. (Dkt. No. 4 at 4).

The Parties were provided proper notice and the opportunity to object to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the R&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Medrano's R&R (Dkt. No. 4) is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's application to proceed *in forma pauperis*, (Dkt. No. 2), is **DENIED** as moot; and

(3) This civil action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

It is SO ORDERED.

Signed on February 9, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**